■ Thomas Cullen, Appellant, v State of New York, Respondent. [638 NYS2d 338] —Appeal by the claimant from an order of the Court of Claims (Silverman, J.), entered January 4, 1995.

Ordered that the order is affirmed, with costs, for reasons stated by Judge Silverman at the Court of Claims. Sullivan, J. P., Pizzuto, Goldstein and Florio, JJ., concur.